## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JONATHAN CLARK and | ) |
| ERIC S. CLARK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 5:15-cv-04965-SAC-KGS |
| | ) |
| THE CITY OF SHAWNEE, KANSAS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE TO TAKE DEPOSITION OF PLAINTIFF JONATHAN CLARK

TO:   All Parties Hereto and/or Their Attorneys of Record:

PLEASE TAKE NOTICE that the Defendant, pursuant to FED. R. CIV. P. 30, will take the deposition of Plaintiff Jonathan Clark, at the office of Fisher, Patterson, Sayler & Smith, L.L.P., 9393 W 110th Street, Suite 300, Overland Park, KS 66210, commencing **at 9:00 a.m. on Wednesday, June 22, 2016**.

Said deposition will be taken upon oral examination at said time and place, before a certified shorthand reporter and that the taking of same will continue from day to day until said deposition is complete.

Respectfully submitted,

/s/ Christopher B. Nelson
Michael K. Seck, #11393
Christopher B. Nelson, #25548
FISHER, PATTERSON, SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
913.339.6757/Fax: 913.339.6187
mseck@fisherpatterson.com
cnelson@fisherpatterson.com

1

{O0328838}

/s/ Ellis Rainey
Ellis Rainey, #12760
13851 West 63rd Street, #161
Shawnee, Kansas  66216
913.962.8800/Fax: 913.962.8801
ellisrainey@raineylaw.org

/s/ Karen Torline
Karen Torline, #15615
Assistant City Attorney
City of Shawnee, Kansas
5860 Renner Road
Shawnee, KS  66217
913.742.6907
KTorline@ci.shawnee.ks.us
*Attorneys for Defendant City of Shawnee, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, the foregoing document was filed electronically with the Clerk of the U.S. District Court for the District of Kansas by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| Jonathan Clark | Eric S. Clark |
| 6800 Maurer Road | 1430 Dane Ave. |
| Shawnee, Kansas  66217 | Williamsburg, KS  66095 |
| jrjonclark@gmail.com | eric@whitestonepublishing.org |

*Pro se Plaintiffs*

/s/ Christopher B. Nelson

2

{O0328838}